THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* TED PECKHAM, Appellant.

Argued January 9, 1940; decided January 23, 1940.

*Harry Weinberger, Harold M. Weinberger* and *Chester A. Pearlman* for appellant.

*Thomas E. Dewey, District Attorney* (*Thomas Shaw Hale* and *Stanley H. Fuld* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.